**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOHN EDWARD SZYDLOWSKI IV,**<br><br>Defendant. | CR 23-124-BLG-SPW<br><br><br><br>**FINAL ORDER OF FORFEITURE** |

This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 37).   Having reviewed said motion, the Court FINDS:

1.     The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2.     A Preliminary Order of Forfeiture was entered on December 28, 2023 (Doc. 31).

3.     All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1).

4.     The United States agrees that Justin Schumacher is the rightful owner of the HS Produkt (IM Metal) XDS .45 caliber pistol (serial number XS631139) and is not prohibited, and the firearm should be returned to him.

5.     No other claims for the firearm were filed.

6.     There appears to be cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.     The Motion for Final Order of Forfeiture is GRANTED.   The United States shall seize the forfeited property described above.

2.     The defendant's interest and any other third-party interest is forfeited. The United States is directed to return the HS Produkt (IM Metal) XDS .45 caliber pistol (serial number XS631139) to Justin Schumacher at the conclusion of this case and any appeal.

DATED this ____1ST____ day of April, 2024.


_Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge

2